HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTRESE E. FURLOW,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration,<br><br>      Defendant. | No.: 5:14-cv-00772-BLF<br><br>STIPULATION AND ORDER FOR DISMISSAL |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

///

//

/

1
STIPULATION AND ORDER FOR DISMISSAL

MELINDA L. HAAG
United States Attorney

Dated: September 8, 2014 /s/
TIMOTHY R. BOLIN
Special Assistant U.S. Attorney
Social Security Administration

Dated: September 8, 2014 /s/
HARVEY P. SACKETT
Attorney for Plaintiff
VICTRESE E. FURLOW

IT IS SO ORDERED.

Dated: September 11, 2014

HON. BETH LABSON FREEMAN
United States District Judge

2
STIPULATION AND ORDER FOR DISMISSAL